IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:00cr00121-01

SHUNTE YVONNE WILLIAMS

## AMENDED JUDGMENT & COMMITMENT

Pending before the Court is the United States' motion to amend the judgment to substitute one of the victims (docket entry #73). For good cause shown the motion is granted.

The judgment entered March 8, 2001 (docket entry #38) is amended to list Investigation and Recovery Associates, L.L.C. in place of UAMS as a victim. The amount of restitution is $26,876.68.[1]

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the financial section of the Clerk's office.

IT IS SO ORDERED this 13th day of March, 2008.

*James M. Moody*
UNITED STATES DISTRICT JUDGE

---

[1] The motion to substitute restitution victim indicated the amount of restitution as $26,876.60.